**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
    Conner, Jr., Mervin J.
    Debtor                                   : 19-15306

## CERTIFICATE OF SERVICE

    I certify that on  May 3, 2021 , I mailed by regular first class mail and/or by electronic means a copy of the Debtor's Motion to Avoid Lien Impairing Exemption- Judicial Lien and Order Requiring Answer and Notice of Hearing to Consider Motion to the parties listed below.

Dated: May 3, 2021

                   "/s/" Mitchell J. Prince
                   John L. McClain, Esquire
                   Mitchell J. Prince, Esquire
                   Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC**
**ATTORNEYS AT LAW**
**P.O. Box 123**
**Narberth, PA 19072**

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

DB Servicing Corp. a.k.a. Discover Bank
 2500 Lake Cook Road
Riverwoods, IL 60015-3851
ATTN: Mr. Roger C. Hochschild, CEO

**DB Servicing Corp./ Discover**
**c/o Weltman Weinberg Reis**
**325 Chestnut ST., STE 501**
**Philadelphia, PA 19106**

Conner, Jr., Mervin J.
147 Union Street
Hatfield, PA 19440