# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : Chapter 13
    Conner, Jr., Mervin J.
      Debtor                       : 19-15306

## ORDER

**AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by DB Servicing Corp. a.k.a. Discover Bank ("the Respondent") in personal property and/or real property of the Debtor located at 147 Union Street, Hatfield, PA 19440,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at District Court of Montgomery County Case No. 2012-14819 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED,** effective only upon entry of the Debtor's discharge.

**Date:**

**Date: June 1, 2021**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**