## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**SUBSTITUTION OF APPEARANCE BY
ANDREW M. LUBIN, ESQUIRE, IN VARIOUS
OPEN CASES AND ENTRY OF APPEARANCE
OF LORRAINE GAZZARA DOYLE, ESQUIRE
IN VARIOUS OPEN CASES**

### PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Andrew M. Lubin, Esquire, and substitute the

appearance of Lorraine Gazzara Doyle, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

Lorraine Gazzara Doyle, Esquire
Attorney ID No. 34576
1 East Stow Road
Marlton, NJ 08053
Telephone: (856) 482-1400
Email: ldoyle@milsteadlaw.com

Andrew M. Lubin, Esquire
Attorney ID No. 54297
McCabe, Weisberg & Conway, LLC
216 Haddon Ave.
Suite 201
Westmont, NJ 08108
Telephone: (856) 858-7080
Email: ALubin@mwc-law.com

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Pending Cases for:
Total Pending cases for this attorney:

**LUBIN, ANDREW M.**    Bar Id:    as of: 12/20/2021    7:53:43 am    Prid: 999,539

| Chapter | Judge | Case Number | Title | | Party represented | terminated | case terminated |
|---------|-------|-------------|-------|---|------------------|-----------|-----------------|
| 13 | mdc | 16-10007-mdc | Theresa Brown Thornton | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company | | |
| 13 | elf | 16-15902-elf | Dale Mitchell and Sherry Mitchell | cr | Select Portfolio Servicing, Inc | | |
| 13 | elf | 16-15968-elf | Laura Anderson and Albert Anderson | cr | U.S. Bank National Association, as Trustee | | |
| 13 | amc | 16-17812-amc | James W. Samuel | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper | | |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12 | | |
| 13 | elf | 16-17834-elf | Timothy M. Cavanaugh and Christina A. Cavanaugh | cr | Towd Point Mortgage Trust 2015-5, U.S. Bank National Association as Indenture Trustee | | |
| 13 | amc | 16-18290-amc | Alfred Naussner | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association | | |

| | | Case No. | Debtor | | | Represented Party |
|---|---|---|---|---|---|---|
| 13 | amc | 16-18290-amc | Alfred Naussner | Party represented: | or | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 |
| 13 | amc | 16-18296-amc | Emanuel Rodriguez | Party represented: | or | Select Portfolio Servicing, Inc. |
| | | | | Party represented: | or | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as Trustee |
| | | | | Party represented: | or | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-7 Home Equity Pass Through Certificates, Series 2006-7 |
| 13 | amc | 17-10698-amc | Joseph M Lewis, Jr. and Barbara Lewis | Party represented: | or | Matrix Financial Services Corporation LLC |
| | | | | Party represented: | or | Matrix Financial Services Corporation LLC enote vesting-Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 17-10749-amc | John D. McDaniel | Party represented: | or | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, National Association, as Trustee |
| | | | | Party represented: | or | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate |
| 13 | elf | 17-11156-elf | Jeremy Stevens and Tabitha Stevens | Party represented: | or | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trus |
| 13 | amc | 17-12344-amc | Raymond DeShields | | | |

| Ch | Office | Case No. | Debtor | Role | Party represented |
|---|---|---|---|---|---|
| | | | | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH3, Asset-Backed Certificates, Series 2005-FFH3 |
| 13 | elf | 17-13636-elf | Carla M. Irvin | cr | Bayview Loan Servicing, LLC |
| | | | | cr | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| | | | | cr | Select Portfolio Servicing, Inc. as servicing agent for CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14575-mdc | Charles H. Mitchell, Jr. | cr | CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14670-mdc | Kenneth Bernard Tadlock | cr | Legacy Mortgage Asset Trust 2021-GS3 |
| 13 | amc | 17-14689-amc | Joseph George | cr | Select Portfolio Servicing, Inc. |
| 13 | amc | 17-14920-amc | La Vonne A. Weaver | cr | Nationstar Mortgage LLC |
| 13 | amc | 17-15230-amc | JoAnne Elizabeth Hines | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pmm | 17-15250-pmm | Scott Paul Labar and Terry Janet Labar | cr | NATIONSTAR MORTGAGE LLC |
| 13 | amc | 17-16093-amc | Christopher M Smith and Jacqueline Smith | cr | SELECT PORTFOLIO SERVICING, INC. |
| | | | | cr | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |

*(Each entry labeled "Party represented:")*

| | | | | |
|---|---|---|---|---|
| 13 | mdc | 17-17934-mdc | Jeffrey L. Williams | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Indenture Trustee |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | amc | 17-18120-amc | Wayne Crozier | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3 |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | mdc | 18-10163-mdc | Wilton Rodriquez | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 18-10749-amc | Kingsley R. Wright | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| | | | Party represented: | cr | U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4 |
| | | | Party represented: | cr | U.S. Bank National Association, as successor trustee |
| 13 | mdc | 18-10921-mdc | Domenica Carcione | |
| | | | Party represented: | cr | Plaza Home Mortgage, Inc. |
| 13 | pmm | 18-10950-pmm | Torsten Bay and Lisa M Bay | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | pmm | 18-11243-pmm | Kimberly A. Kauffman and Philip G. Kauffman | |
| | | | Party represented: | cr | SERVICEMAC, LLC |

| 13 | elf | 18-11419-elf | Joseph D Winkis and Kathleen K Winkis | | |
| | | Party represented: | | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-11726-mdc | Catherine J. Broadwater | | |
| | | Party represented: | | cr | OneMain Financial Services, Inc. |
| 13 | elf | 18-12176-elf | Marjorie B Connor | | |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc |
| 13 | amc | 18-12281-amc | Mark Hatcher | | |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 18-12339-mdc | Mark Sobel | | |
| | | Party represented: | | cr | The Bank of New York Mellon |
| 13 | mdc | | | | |
| | | Party represented: | | cr | Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA, National Association |
| | | | | | HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3 |
| 13 | amc | 18-12427-amc | Jacquelyn Eschbach | | |
| | | Party represented: | | cr | U.S. Bank National Association, as Trustee |
| | | Party represented: | | cr | U.S. BAnk National Association, as Trustee |
| | | Party represented: | | cr | U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-1 |
| 13 | elf | 18-12434-elf | Ewa Karpeta | | |
| | | Party represented: | | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2 |

| | | Case No. | Debtor | Party represented: | | Creditor |
|---|---|---|---|---|---|---|
| 13 | elf | 18-12434-elf | Ewa Karpeta | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | elf | 18-12727-elf | Ryun J. Yun | Party represented: | cr | Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 |
| 13 | mdc | 18-13224-mdc | Gordon J Schwartz and Phyllis Schwartz | Party represented: | cr | Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee |
| 13 | pmm | 18-13329-pmm | Frank Joseph Grohotolsky, III | Party represented: | cr | Community Loan Servicing, LLC |
| 13 | pmm | 18-13578-pmm | Lynne M. Decker and Thomas K. Decker, Jr. | Party represented: | cr | Bayview Loan Servicing, LLC |
| 13 | mdc | 18-13847-mdc | Martin Washington and Patricia Washington | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 |
| 13 | elf | 18-13931-elf | Angela G. Parks | Party represented: | cr | Grand Avenue Mortgage Loan Trust 2017-RPL1 |
| | | | | Party represented: | cr | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ET. AL. |
| | | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 |
| 13 | elf | 18-14291-elf | Avis A. Garrett | Party represented: | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |

| Ch. | Office | Case No. | Debtor | | Party represented |
|---|---|---|---|---|---|
| 13 | elf | 18-14293-elf | Jerry Jefferson | Party represented: cr | U.S. Bank, National Association, as Trustee |
| 13 | elf | 18-14294-elf | Una M. Harmon | Party represented: cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-C, Mortgage Pass-Through Certificates, Series 2004-C |
| 13 | amc | 18-14407-amc | Richard B. Greaves | Party represented: cr | U.S. Bank, National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 |
| 13 | mdc | 18-14803-mdc | Seamus A. Smith | Party represented: cr | U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 |
| 13 | pmm | 18-15061-pmm | Karen Shapiro | Party represented: cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-15365-mdc | Ronald L. Evans | Party represented: cr | U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 |
| 13 | amc | 18-15628-amc | Tamera E. Lawrence | Party represented: cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 |
| 13 | amc | 18-15636-amc | Anthony T D&#039;Aquila, III and Kristine C. D&#039;Aquila | Party represented: cr | Deutsche Bank National Trust Company, As Trustee |
| | | | | Party represented: cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | | Party represented: cr | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK |

| 13 | elf | 18-16254-elf | Carollynn O&#039;Connor | Party represented: | cr | Select Portfolio Servicing, Inc. |
|---|---|---|---|---|---|---|
| 13 | elf | 18-16694-elf | Michelle W Murphy | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed Certificates, Series 2006-10 |
| | | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 18-16770-elf | Bruce M. Reiprich and Barbara H. Reiprich | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007-HE6 |
| 13 | mdc | 18-16877-mdc | Brian L. Spence and Maria M. Moleiro-Spence | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | mdc | 18-17117-mdc | Linster Noah Murrell, Jr. | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee |
| 13 | amc | 18-17281-amc | Michael J. DaGrossa and Linda J. DaGrossa | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee for the UCFC Loan Trust 1998-C |
| | | | | Party represented: | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 |
| 13 | pmm | 18-17382-pmm | Christopher Gerald Raab | Party represented: | cr | CSMC 2021-RPL7 Trust |
| 13 | mdc | 18-17429-mdc | Glenn Erik Nyce | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | Case | Party | | | Represented Party |
|---|---|---|---|---|---|---|
| 13 | pmm | 18-17738-pmm | Randy Lee Hoffman | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, |
| 13 | mdc | | | Party represented: | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Trust 2006-CF1 CS Mortgage Pass-Through Certificates, Series 2006-CF1 |
| 13 | mdc | 18-17768-mdc | Tara Marie Culbreath | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-17870-mdc | Leanna Brown and Leanna Brown | Party represented: | cr | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 13 | mdc | 18-18042-mdc | Dairnah S. Poole | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee |
| 13 | | | | Party represented: | cr | Wells Fargo Bank, N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 |
| 13 | elf | 18-18160-elf | Camilla Brown | Party represented: | cr | Wilmington Savings Fund Society, FSB |
| 13 | pmm | 18-18366-pmm | Richard T Palenchar and Bonita L Palenchar | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | elf | 19-10127-elf | Geraldine A Hall | Party represented: | cr | THE BANK OF NEW YORK MELLON |
| 13 | elf | 19-10450-elf | Patrick Banning | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | pmm | 19-10686-pmm | Gerard C Schenck | Party represented: | cr | Select Portfolio Servicing, Inc. |

| 13 | amc | 19-10989-amc | Marc A. Maglio | Party represented: | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| 13 | amc | 19-11002-amc | Kimberley C Johnson and Douglas W Johnson | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11008-elf | Doris L Thorpe | Party represented: | cr | Bank of America, N.A. |
| 13 | elf | 19-11134-elf | Elena Papanikolaou | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pmm | 19-11276-pmm | Andrew Polak | Party represented: | cr | Bank of America, N.A. |
| 13 | amc | 19-11352-amc | Lynne K. Marotta | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11386-elf | Robert A. LaRosa | Party represented: | cr | ABS REO Trust VI. |
| 13 | pmm | 19-11448-pmm | Nancy Gene Cooper | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE7, Mortgage Pass-Through Certificates, Series 2005-HE7 |
| | | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | pmm | 19-12088-pmm | Janelle M. Shenk | Party represented: | cr | Oceanside Mortgage Company |
| 13 | amc | 19-12579-amc | James F. Bareis | Party represented: | cr | Bank of America, N.A. |

| | | Case Number | Debtor | | | Party represented |
|---|---|---|---|---|---|---|
| 13 | mdc | 19-12644-mdc | Essa-Aisha A Purnell and Abdou R Gueye | *Party represented:* | cr | WELLS FARGO BANK, N.A. |
| 13 | mdc | 19-12806-mdc | William T. Powell | *Party represented:* | cr | Wells Fargo Bank, N.A., as Trustee |
| 13 | mdc | 19-13412-mdc | Raymond T. Blue | *Party represented:* | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | | | *Party represented:* | cr | Select Portfolio Servicing, Inc. |
| 13 | amc | 19-13449-amc | Ronald J Logue and Mariann Logue | *Party represented:* | cr | Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 |
| 13 | pnm | 19-13552-pnm | Kevin Rota and Bobbie Ann Rota | *Party represented:* | cr | Community Loan Servicing, LLC |
| 13 | elf | 19-13758-elf | Jeremy Y. Schallack and Kathleen E. Schallack | *Party represented:* | cr | Bayview Loan Servicing, LLC |
| 13 | mdc | 19-14039-mdc | Vincent Williams-Bey and Michele Williams-Bey | *Party represented:* | cr | FEDERAL HOME LOAN MORTGAGE CORPORATION |
| 13 | elf | 19-14471-elf | Cynthia Crawford | *Party represented:* | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 19-14500-elf | Kevin Corcoran and Beverly L. Corcoran | *Party represented:* | cr | HSBC Bank USA, National Association, as Trustee |
| | | | | *Party represented:* | cr | Deutsche Bank National Trust Company, As Trustee |

| Ch | Atty | Case No. | | Party represented | | Creditor |
|---|---|---|---|---|---|---|
| | amc | | Party represented: | | cr | Wells Fargo Bank, National Association |
| | | | | | | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank Minnesota, N.A. |
| 13 | amc | 19-15144-amc | Party represented: | Nathaniel F Mallory | cr | OSAT TRUST 2019-1 |
| 13 | amc | 19-15306-amc | Party represented: | Marvin J. Conner, Jr. | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | pnmm | 19-15368-pnmm | Party represented: | Edwin Orlando Chalas | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 19-15589-amc | Party represented: | Samantha Lashear Lomax | cr | Deutche Bank National Trust Company, as Trustee |
| 13 | elf | 19-15845-elf | Party represented: | Andre T. Morris | cr | Bank of America, N.A. |
| 13 | amc | 19-15865-amc | Party represented: | Carl L Lee | cr | Carrington Mortgage Services, LLC |
| 13 | pnmm | 19-16031-pnmm | Party represented: | Tammy L. Shegon | cr | Select Portfolio Servicing, Inc. as servicing agent for PNC Bank, National Association |
| 13 | amc | 19-16285-amc | Party represented: | Karen I. Hogue | cr | U.S. Bank National Association, |
| 13 | amc | 19-16290-amc | Party represented: | Victor Ocasio | cr | Select Portfolio Servicing, Inc. as servicing agent for ONYX Bay Trust |
| 13 | elf | 19-16693-elf | Party/represented: | Patricia A. Panetta | cr | Pingora Loan Servicing |

| Ch | | Case Number | Debtor | | Party represented |
|----|----|----|----|----|----|
| 13 | elf | 19-16791-elf | Dania A. Beadle | cr | Manufacturers and Traders Trust Company |
| | | | Party represented: | | |
| 13 | amc | 19-16963-amc | Janelle Kernan | cr | Sun West Mortgage Company, Inc. |
| | | | Party represented: | | |
| 13 | pmm | 19-17042-pmm | Janet Corujo | cr | Deutsche Bank National Trust Company, As Trustee |
| | | | Party represented: | | |
| 13 | pmm | 19-17522-pmm | Daniel L. Amy | cr | Bayview Loan Servicing, LLC |
| | | | Party represented: | | |
| 13 | elf | 19-17644-elf | Burma L Barnswell | cr | Community Loan Servicing, LLC |
| | | | Party represented: | | |
| 13 | amc | 19-17672-amc | Terrance Waller | cr | Bank of America, N.A. |
| | | | Party represented: | | |
| 13 | amc | 19-17836-amc | Raymond G. Fragassi | cr | Carrington Mortgage Services, LLC. |
| | | | Party represented: | | |
| 13 | elf | 20-10020-elf | Thelma Wright | cr | BANK OF AMERICA, N.A. |
| | | | Party represented: | | |
| 13 | pmm | 20-10117-pmm | Scott Michael Horning | cr | Deutsche Bank National Trust Company, as Trustee |
| | | | Party represented: | | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| | | | | | U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass Through Certificates, Series, 2006- 8 |

| 13 | amc | 20-10233-amc | Claudette Webb | | |
| | | | Party represented: | cr | U.S. Bank National Association, as indenture trustee |
| 13 | pmm | 20-10928-pmm | Johnny Lee Stradford and Nicole Monique Stradford | | |
| | | | Party represented: | cr | U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 |
| | | | Party represented: | cr | FirstKey Master Funding 2021-A Collateral Trust |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust National Association |
| 13 | amc | 20-11060-amc | David Harry | | |
| | | | Party represented: | cr | Lakeview Loan Servicing, LLC |
| 13 | elf | 20-11138-elf | Lori L. Nardella | | |
| | | | Party represented: | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 |
| 13 | mdc | 20-11143-mdc | Kevin K. Jones | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| | | | Party represented: | cr | U.S. Bank N.A., as trustee |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee |
| 13 | amc | 20-11261-amc | Christopher M. Mattis, Sr. and Linda L. Mattis | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |
| 13 | pmm | 20-13422-pmm | Mark K. Storms | | |
| | | | Party represented: | cr | Bank of America, N.A. |

| 13 | elf | 20-13441-elf | Mikaela R. Lerer | | |
| | | | Party represented: | cr | BAYVIEW LOAN SERVICING, LLC |
| | | | Party represented: | cr | Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC |
| 13 | mdc | 20-13484-mdc | Wendell M Robinson and Karen T Jarrell-Robinson | | |
| | | | Party represented: | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2 |
| 13 | amc | 20-13636-amc | Miranda Tsang | | |
| | | | Party represented: | cr | ABS Loan Trust VI |
| 13 | pmm | 20-13673-pmm | Steven W. Strickler | | |
| | | | Party represented: | cr | Pingora Loan Servicing, LLC enote vesting~ Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 20-14286-mdc | Angella M Sutherland | | |
| | | | Party represented: | cr | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| 13 | pmm | 20-14360-pmm | Marcel Y. Crandon and Sharon M. Crandon | | |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 |
| | | | Party represented: | cr | Community Loan Servicing, LLC |
| | | | Party represented: | cr | Federal National Mortgage Association ("Fannie Mae"), c/o Community Loan Servicing, LLC |
| 13 | mdc | 20-14393-mdc | April E Ettinger | | |
| | | | Party represented: | cr | Federal Home Loan Mortgage Corporation |

| 13 | mdc | 20-14393-mdc | Party represented: | April E Ettinger | cr | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 |
|----|-----|--------------|--------------------|-----------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------|
| 13 | elf | 20-14471-elf | Party represented: | Iva Bonelli | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 20-14797-amc | Party represented: | Gary V. McLaughlin | cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2001-A Mortgage Passthrough Certificates Series 2001-A |
| 13 | pnmm | 20-14877-pnmm | Party represented: | Milena Maria Serna | cr | BANK OF AMERICA, N.A. |
| 13 | elf | 21-10006-elf | Party represented: | Rashida Patience and Khadri Abdus-Saboor | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 |
| 13 | mdc | 21-10116-mdc | Party represented: | Peter D Wrambel | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company as Trustee |
| 13 | elf | 21-10179-elf | Party represented: | Robert B. Steveline and Kathryn A Steveline | cr | U.S. Bank National Association, as indenture trustee |
| 13 | pnmm | 21-10691-pnmm | Party represented: | Peter Plutko | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 21-10693-elf | Party represented: | William E Covington and Seneca Covington | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | | | |
|---|---|---|---|---|
| 13 | mdc | 21-10701-mdc | *Party represented:* Anna M. Taylor | *or* The Bank of New York Mellon Trust Company, NA |
| 13 | mdc | 21-10824-mdc | *Party represented:* Shanyel M Little and Marcus A. Little | *or* NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 13 | pnm | 21-11219-pnm | *Party represented:* Jeanette Colon | *or* Select Portfolio Servicing, Inc. |
| 13 | elf | 21-11399-elf | *Party represented:* John A. Kettell | *or* Select Portfolio Servicing, Inc. |
| 13 | mdc | 21-11498-mdc | *Party represented:* Steven J Recchia | *or* Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 7 | elf | 21-11520-elf | *Party represented:* Rachelle L DeHoratius and Mark H DeHoratius | *or* BANK OF AMERICA, N.A. |
| 13 | elf | 21-11762-elf | *Party represented:* Michael A. Mignogna | *or* U.S. Bank National Association, as Trustee |
| 7 | mdc | 21-12091-mdc | *Party represented:* Rachel Castro | *or* Bank of America, N.A. |
| 13 | mdc | 21-12271-mdc | *Party represented:* Carolyn A. Bennett | *or* Community Loan Servicing, LLC |
| 13 | pnm | 21-12274-pnm | *Party represented:* Nancy Jean Halley | *or* BANK OF AMERICA, N.A. |
| 13 | mdc | 21-12277-mdc | *Party represented:* Crystal G. Brown | *or* U.S. Bank, N.A., successor trustee to LaSalle Bank National Association |

| 13 | elf | 21-12294-elf | Joseph R. Pierce, Sr. | Party represented: | or | Deutsche Bank National Trust Company, as Indenture Trustee |
| 13 | amc | 21-12316-amc | Arben Musa | Party represented: | or | BANK OF AMERICA, N.A. |
| 7 | elf | 21-12469-elf | Gary Cooper | Party represented: | or | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | amc | 21-12508-amc | Joseph K. Douglas | Party represented: | or | Bank of America, N.A. |