## UNITED STATES BANKRUPTCY COURT
### EASTERN District of PENNSYLVANIA

In re:  
MERVIN J. CONNER, JR.  
Debtor(s).

Case No. 19-15306-amc

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST</u>    Court Claim # 1-2
Name of Secured Creditor

Old Address of Secured Creditor:

Selene Finance, LP  
9990 Richmond Ave.  
Suite 400 South  
Houston TX 77042

New Name and/or Address where **NOTICES** to Secured Creditor should be sent:

Selene Finance LP  
Attn: BK Dept  
3501 Olympus Blvd, Suite 500  
Dallas, TX 75019

Name and/or Address where **PAYMENTS** to Secured Creditor should be sent (if different from above):

Selene Finance LP  
Attn: BK Dept  
3501 Olympus Blvd, Suite 500  
Dallas, TX 75019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles G. Wohlrab_____    Date: __June 2, 2022_____  
Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___ June 17, 2022____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MERVIN J. CONNER, JR.
147 UNION STREET
HATFIELD PA, 19440

And via electronic mail to:

JOHN L. MCCLAIN
JOHN L MCCLAIN & ASSOCIATES, PC
PO BOX 123
NARBERTH, PA 19072

WILLIAM C. MILLER, ESQ.
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
P.O. BOX 40837
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/___Angela Gill