**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| Conner, Jr., Mervin J. | | |
| | : | 19-15306 |
| **Debtor** | : | |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on March 26, 2024.

      "s/"Mitchell J. Prince, Esquire
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
1851 C.R. 27
Owls Head, NY 12969

Angela C. Pattison, Esq.,
Hill Wallack LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106