United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                     Case No. 19-15306-amc

Mervin J. Conner, Jr.                                                                          Chapter 13

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                          User: admin                                          Page 1 of 2

Date Rcvd: Jul 31, 2024                                  Form ID: 234                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

**Recip ID                    Recipient Name and Address**
db                    +  Mervin J. Conner, Jr., 147 Union Street, Hatfield, PA 19440-2432

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:**

**Name                              Email Address**

ANGELA CATHERINE PATTISON
　　　　on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com
　　　　apattison@ecf.courtdrive.com

ANGELA CATHERINE PATTISON
　　　　on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP apattison@hillwallack.com
　　　　apattison@ecf.courtdrive.com

DENISE ELIZABETH CARLON
　　　　on behalf of Creditor MTGLQ INVESTORS  L.P. bkgroup@kmllawgroup.com

JOHN L. MCCLAIN
　　　　on behalf of Debtor Mervin J. Conner  Jr. aaamcclain@aol.com, edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
　　　　ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN

District/off: 0313-2                          User: admin                                        Page 2 of 2

Date Rcvd: Jul 31, 2024                       Form ID: 234                                   Total Noticed: 1

on behalf of Creditor Wilmington Savings Fund Society  FSB, mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

ROGER FAY

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net  bkecf@milsteadlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor First Investors Servicing Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Mervin J. Conner, Jr.

           Debtor(s)

Case No:19−15306−amc

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

#### NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**


For The Court


Timothy McGrath,
Clerk of Court

Date: 7/31/24