UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE: | CHAPTER 13 |
|---|---|
| Mervin J. Conner, Jr. | CASE NO.: 19-15306-amc |
| Debtor | |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this __7th__ day of __August__, **2024**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_____
ASHELY M. CHAN
US BANKRUPTCY JUDGE

Case Administrator to mail:

Cc:   Kenneth E. West, Chapter 13 Trustee
      Debtor: 147 Union Street, Hatfield, PA 19440
      Counsel for Debtor: John L. McClain, Esquire
      Counsel for Movant: Angela C. Pattison, Esquire