UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                                                                    **CASE NO.: 19-15306**
                                                                                               **CHAPTER 13**

**Mervin J. Conner, Jr.,**
   **Debtor.**

_____/

## **REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Attorney for Secured Creditor
                                         13010 Morris Rd., Suite 450
                                         Alpharetta, GA  30004
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                               By: /s/Michelle L. McGowan, Esq.
                                         Michelle L. McGowan, Esq.
                                         Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MERVIN J. CONNER, JR.
147 UNION STREET
HATFIELD, PA 19440

And via electronic mail to:

JOHN L MCCLAIN & ASSOCIATES, PC
1851 COUNTY ROUTE 27
OWLS HEAD, NY 12969

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Amber Matas