Certificate Number: 03088-PAE-DE-038825716

Bankruptcy Case Number: 19-15306



03088-PAE-DE-038825716

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2024, at 1:20 o'clock PM CDT, Mervin J Conner Jr. completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 2, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor