United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                           Case No. 19-15306-amc

Mervin J. Conner, Jr.                        Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 3

Date Rcvd: Sep 03, 2024                Form ID: 138OBJ                Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Mervin J. Conner, Jr., 147 Union Street, Hatfield, PA 19440-2432 |
| 14505417 | + | City of Philadelphia Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102-1617 |
| 14378959 | + | Dinnia Conner, 147 Union Street, Hatfield, PA 19440-2432 |
| 14417368 | + | First Investors Servicing Corporation, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue Suite 301, Moorestown, NJ 08057-3125 |
| 14581114 | + | MTGLQ INVESTORS, L.P., C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14378962 | | Merck Sharpe & Dohme F, Building One, West Point, PA 19486 |
| 14378963 | + | Montgomery County, PO Box 311, Norristown, PA 19404-0311 |
| 14858285 | + | NewRez LLC d/b/a Shellpoint Mortgage, Servicing c/o Hill Wallack LLP, c/o ANGELA CATHERINE PATTISON, Hill Wallack, LLP, 1415 Route 70 East, Suite 309 Cherry Hill, NJ 08034-2210 |
| 14378966 | + | RAS Citron LLC, 133 Gaither Drive, Ste F, Mount Laurel, NJ 08054-1710 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Sep 04 2024 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 04 2024 03:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14378957 | | Email/Text: megan.harper@phila.gov | Sep 04 2024 03:36:00 | City of Philadelphia, Law Dept Tax Unit, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102 |
| 14378958 | + | Email/Text: BKRMailOps@weltman.com | Sep 04 2024 03:36:00 | DB Servicing Corp./ Discover, c/o Weltman Wsinberg Reis, 325 Chestnut STe 501, Philadelphia, PA 19106-2605 |
| 14378960 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Sep 04 2024 03:35:00 | First Inv Servicing Co, 380 Interstate N Pkwy St, Atlanta, GA 30339-2222 |
| 14410617 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Sep 04 2024 03:35:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 14511890 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 04 2024 03:36:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14584166 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 04 2024 03:36:00 | MTGLQ Investors, L.P., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14581014 | ^ | MEBN | Sep 04 2024 03:34:47 | MTGLQ Investors, L.P., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19106-1541 |
| 14403059 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 03:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14378964 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 03:35:00 | Nationstar/mr Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14378965 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 04 2024 03:35:00 | New Res-shellpoint Mtg, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14412896 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 04 2024 03:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14919997 | + | Email/Text: RASEBN@raslg.com | Sep 04 2024 03:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid, Crane &, Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14378967 | + | Email/Text: bankruptcy@sw-credit.com | Sep 04 2024 03:36:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14631445 | + | Email/Text: bkteam@selenefinance.com | Sep 04 2024 03:35:00 | Wilmington Savings Fund Society, FSB, c/o Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14378961 | ##+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14382778 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANGELA CATHERINE PATTISON
  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP apattison@hillwallack.com
  apattison@ecf.courtdrive.com

ANGELA CATHERINE PATTISON
  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 03, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

apattison@ecf.courtdrive.com

DENISE ELIZABETH CARLON
   on behalf of Creditor MTGLQ INVESTORS  L.P. bkgroup@kmllawgroup.com

JOHN L. MCCLAIN
   on behalf of Debtor Mervin J. Conner  Jr. aaamcclain@aol.com, edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN
   on behalf of Creditor Wilmington Savings Fund Society  FSB, mimcgowan@raslg.com

MICHELLE L. MCGOWAN
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

ROGER FAY
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net  bkecf@milsteadlaw.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor First Investors Servicing Corporation wcraig@egalawfirm.com
   mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10

*Form 138OBJ* (6/24)−doc 89 − 79

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Mervin J. Conner Jr. ) Case No. 19−15306−amc
 )
 )
   Debtor(s). ) Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      900 Market Street
      Suite 400
      Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 3, 2024       For The Court

      Timothy B. McGrath
      Clerk of Court